IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re Enron Corporation Securities, Derivative & "ERISA Litigation | § § § § | MDL-1446 |
| MARK NEWBY, ET AL., | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-01-3624 |
| ENRON CORPORATION, ET AL., | § § | CONSOLIDATED CASES |
| Defendants | § | |
| DAVID JOSE, ET AL., | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-03-1087 |
| ARTHUR ANDERSEN, L.L.P., ET AL. | § § | |
| Defendants. | § | |
| RICHARD CHOUCROUN, ET AL., | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-03-3320 |
| ARTHUR ANDERSEN, L.L.P., ET AL. | § § | |
| Defendants. | § | |
| MARY BAIN PEARSON AND JOHN MASON, | § § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. H-03-5332 |
| ANDREW S. FASTOW, ET AL., | § § | |
| Defendants. | § | |
| FRED A. AND MARIAN ROSEN, ET AL., | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-03-5333 |

```
                                       §
ANDREW S. FASTOW, ET AL.,              §
                                       §
                                       §
             Defendants.               §
_____
HAROLD AND FRANCES AHLICH, ET          §
AL.,                                   §
                                       §
                                       §
             Plaintiffs,               §
VS.                                    §      CIVIL ACTION NO. H-03-5334
                                       §
ANDREW S. FASTOW, ET AL.,              §
                                       §
                                       §
             Defendants.               §
_____
RUBEN AND IRENE DELGADO, ET AL.§
                                       §
                                       §
             Plaintiffs,               §
VS.                                    §      CIVIL ACTION NO. H-03-5335
                                       §
ANDREW S. FASTOW, ET AL.,              §
                                       §
             Defendants.               §
_____
DON L. GUY, TRUSTEE FOR THE            §
GUY FAMILY LIVING TRUST,               §
ET AL.,                                §
                                       §
             Plaintiffs,               §
                                       §
VS.                                    §      CIVIL ACTION NO. H-04-3330
                                       §
ARTHUR ANDERSEN, L.L.P., ET AL.§
                                       §
             Defendants.               §
_____
CYNTHIA ADAMS, ET AL.,                 §
                                       §
             Plaintiffs,               §
                                       §
VS.                                    §      CIVIL ACTION NO. 04-3331
                                       §
ARTHUR ANDERSEN, L.L.P., ET AL.§
                                       §
             Defendants.               §
_____
JANE BULLOCK, ET AL.,                  §
                                       §
             Plaintiffs,               §
                                       §
VS.                                    §      CIVIL ACTION NO. 04-4455
                                       §
```

```
ARTHUR ANDERSEN, L.L.P., ET AL. §
                                §
              Defendants.        §
JOHN AND PEGGY ODAM, et al.,     §
                                §
              Plaintiffs,        §
                                §
VS.                             §     CIVIL ACTION NO. H-01-3914
                                §
ENRON CORPORATION, INC.,         §
                                §
              Defendants.        §
```

### **FINAL JUDGMENT**

Pursuant to the Opinion and Order of Dismissal With Prejudice signed on this day, the Court

ORDERS that the above referenced cases are DISMISSED with prejudice.  THIS IS A FINAL JUDGMENT.

**SIGNED** at Houston, Texas, this 12th day of December, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE